No. 143. JOSEPH B. MARSINO v. UNITED STATES AND JAMES HIGGINS. Appeal from the District Court of the United States for the District of Massachusetts. Argued January 18, 1926. Decided January 25, 1926. *Per Curiam.* Affirmed, upon the authority of *Ponzi* v. *Fessenden,* 258 U. S. 254. *Messrs. Asa P. French* and *Leo A. Rogers* for appellant, submitted. *Assistant to the Attorney General Donovan,* with whom *Solicitor General Mitchell* and *Mr. Jay R. Benton* were on the brief, for the United States.

No. 147. ISAAC WOLFGANG v. THE PEOPLE OF THE STATE OF CALIFORNIA ET AL. Error to the Supreme Court of the State of California. Argued January 18, 1926. Decided January 25, 1926. *Per Curiam.* Affirmed with costs, upon the authority of *Schwab* v. *Berggren,* 143 U. S. 442, 451; *Beazell* v. *State of Ohio et al.,* 269 U. S. 167, and cases cited. *Mr. Ernest B. D. Spagnoli* for plaintiff in error. *Mr. U. S. Webb* for defendants in error.

No. 151. CITY OF FORT SMITH, ARKANSAS, ET AL. v. SOUTHWESTERN BELL TELEPHONE COMPANY. Appeal from the District Court of the United States for the Western District of Arkansas. Argued January 19, 20, 1926. Decided January 25, 1926. *Per Curiam.* Affirmed with costs, upon the authority of *Newton* v. *Consolidated Gas Co.,* 258 U. S. 165, 175; *Galveston Electric Co.* v. *City of Galveston,* 258 U. S. 388, 395; *State of Missouri ex rel. Southwestern Bell Telephone Co.* v. *Public Service Commission of Missouri,* 262 U. S. 276, 287; *Georgia Ry. & Power Co.* v. *Railroad Commission of Georgia,* 262 U. S. 625, 631; *Bluefield Water Works & Improvement Co.* v. *Public Service Commission of West Virginia,* 263 U. S. 679, 690. *Mr. Vincent M. Miles,* with whom *Mr. Thomas B. Pryor* was on the brief, for appellants. *Mr. E. W.*